FILED:  July 25, 2014

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1608
(1:12-cv-01329-AJT-JFA)
(09-10525-BFK)
(09-01342-SSM)

_____

NATIONAL HERITAGE FOUNDATION, INCORPORATED

Plaintiff - Appellant

v.

HIGHBOURNE FOUNDATION; JOHN R. BEHRMANN; NANCY
BEHRMANN

Defendants - Appellees

_____

O R D E R
_____

The court grants the petition for panel rehearing for the purpose of

amending its opinion by deleting lines 15-23 on page 17 and lines 1-4 on page 18.

The opinion, as amended, is filed as the court's opinion on rehearing.

For the Court

/s/ Patricia S. Connor, Clerk